**26SL-CC04186**

Electronically Filed - St Louis County - June 05, 2026 - 08:00 AM

IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY
STATE OF MISSOURI

| | | |
|---|---|---|
| ANGELA PIERCE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: |
| | ) | |
| PROGRESSIVE CASUALTY INSURANCE | ) | |
| COMPANY, | ) | |
| Serve: CT Corporation System | ) | |
| 5661 Telegraph Road Ste 4B | ) | |
| St. Louis, MO 63129 | ) | |
| | ) | |
| Defendant. | ) | |

## PETITION FOR DAMAGES

COMES NOW Plaintiff, Angela Pierce, by and through undersigned counsel and for her causes of action against Defendant, Progressive Casualty Insurance Company, and states as follows:

### JURISDICTION AND VENUE

1. At all times mentioned herein, Plaintiff Angela Pierce (hereinafter "Plaintiff") is and was a citizen of the State of Missouri, and present in St. Louis County, State of Missouri.

2. At all times mentioned herein, Defendant Progressive Casualty Insurance Company (hereinafter "Progressive") is and was a foreign insurance company existing pursuant to the laws of the State of Missouri and duly registered to conduct business and issue insurance in the State of Missouri, and with its registered agent for service of process being CT Corporation System 5661 Telegraph Road Ste 4B, St. Louis, MO 63129.

3. Because Defendant was present in, Plaintiff was first injured in, and all allegations occurred in St. Louis County, State of Missouri, and pursuant to RSMo. § 508.010(4), this is the Court of proper jurisdiction and venue.

Electronically Filed - St Louis County - June 05, 2026 - 08:00 AM

**COUNT I**

4.      Plaintiff restates and reincorporates paragraphs 1 through 3 as if fully restated herein.

5.      At all times relevant hereto, Interstate 64 is and was an open and public thoroughfare that running in a generally east / west direction in the County of St. Louis, State of Missouri.

6.      On or about June 19, 2025, at approximately 2:20 p.m., Plaintiff was lawfully operating her motor vehicle in a  westbound manner along on Interstate 64 in the County of St. Louis, State of Missouri.

7.      On or about June 19, 2025 Alexus Williams was operating her motor vehicle in a westbound manner along Interstate 64 and owed Plaintiff a duty to operate her vehicle with the highest degree of care.

8.      That Alexus Williams breached her duty owed to Plaintiff and negligently and carelessly operated her motor vehicle by exiting his lane of travel and colliding with Plaintiff's vehicle.

9.      Alexus Williams' actions were careless and negligent in oner or more of the following respects, to-wit:

   a.   Failed to keep a careful lookout;

   b.   Failed to maintain the correct and single lane of travel;

   c.   Failed to use turn signal(s);

   d.   Failed to sound her horn to warn Plaintiff; and

   e.   Failed to exercise the highest degree of care.

Electronically Filed - St Louis County - June 05, 2026 - 08:00 AM

10.     That as a direct and proximate result of Alexus Williams' negligence and resulting vehicular collision, Plaintiff's head, neck, and upper back, and all the bones, muscles, tendons, tissues, joints, ligaments, vessels, nerves, and other soft tissues were severely wrenched, twisted, torn, impacted, crushed, and otherwise damaged and Plaintiff's nerves and entire nervous system were disturbed and injured; that Plaintiff's serious and permanent injuries have caused Plaintiff to suffer limitation of motion and loss of ability to perform day-to-day activities and thereby has prevented Plaintiff from enjoying life and earning income; that Plaintiff has in the past and will in the future be required to seek medical care and incur expenses therefor; that Plaintiff's injuries are permanent and progressive in nature.

11.     That Plaintiff has been caused to expend funds for her treatment and care including but not limited to continued treatment for her head, neck, and upper back and she will be forced to expend funds for treatment and care in the future.

12.     That at the time of the accident as aforesaid, Plaintiff was an insured under a policy of automobile insurance (Policy Number: 961543497) delivered by the Defendant, which provided underinsured motorist benefits, and that Plaintiff has performed all conditions precedent under the terms of the insurance policy herein when the above referenced claim arose.

13.     That the negligent driver, Alexus Williams, was legally liable to the insured.

14.     That negligent driver Alexus Williams' insurance coverage has been exhausted, Plaintiff's damages remain unsatisfied, and therefore Alexus Williams is underinsured.

15.     That the damages sustained by Plaintiff exceed the amount of liability insurance coverage available.

WHEREFORE Plaintiff, Angela Pierce, prays for judgment against Defendant Progressive Casualty Insurance Company, in such sum as will justly and fairly compensate Plaintiff for

3

Electronically Filed - St Louis County - June 05, 2026 - 08:00 AM

damages sustained as a result of the motor vehicle accident on June 19, 2025, in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), and for such other and further relief as this Court deems just and proper.

## COUNT II

16. Plaintiff incorporates and restates paragraphs 1 through 15 as if fully set forth herein.

17. That under the terms and conditions of the above referenced policy of insurance, Defendant agreed to compensate Plaintiff for her losses due to bodily injury arising from a collision with an underinsured motor vehicle when the loss exceeded the limits of a negligent party's bodily injury coverage.

18. That in accordance with the terms and conditions of the aforementioned policy of insurance, Plaintiff submitted her claim to Defendant for loss pursuant to terms and conditions of the underinsured motorist coverage.

19. That Plaintiff fully complied with all the provisions of the aforementioned policy of insurance.

20. That although duly demanded, Defendant has failed and refused to pay Plaintiff the benefits she is entitled to receive under the aforementioned policy of insurance.

21. That Defendant's refusal to pay Plaintiff the benefits she is entitled to receive under the aforementioned policy of insurance is without reasonable cause or excuse.

22. Plaintiff also makes a claim for an additional amount as a penalty not to exceed twenty percent of the first $1,500.00 of the award on the policy not including interest and ten percent of the remainder of such award and an award to Plaintiff of a reasonable sum for attorney's fees pursuant to §375.420 RSMo.

Electronically Filed - St Louis County - June 05, 2026 - 08:00 AM

WHEREFORE, Plaintiff Angela Pierce prays for judgment against Defendant Progressive Casualty Insurance Company, in such sum as will justly and fairly compensate Plaintiff for damages sustained as a result of the motor vehicle accident on June 19, 2025, and for such other and further relief as the court deems just and proper.  Plaintiff demands an amount in excess of $25,000.00 for prejudgment and post judgment interest, including but not limited additional amounts as penalty pursuant to §375.420 R.S.Mo and any other relief as the court deems just and proper under the circumstances.

## **COUNT III**

23.     Plaintiff incorporates and restates paragraphs 1 through 22 as if fully set forth herein.

24.     That Defendant's refusal to pay Plaintiff the benefits she is entitled to receive under the aforementioned policy of insurance is without reasonable cause or excuse.

25.     That Plaintiff also makes a claim pursuant to §375.296 R.S.Mo.

WHEREFORE, Plaintiff Angela Pierce prays for judgment against Defendant Progressive Casualty Insurance Company, in such sum as will justly and fairly compensate Plaintiff for damages sustained as a result of the motor vehicle accident on June 19, 2025, and for such other and further relief as the court deems just and proper.  Plaintiff demands an amount in excess of $25,000.00 for prejudgment and post judgment interest, including but not limited additional amounts as penalty pursuant to §375.296 R.S.Mo and any other relief as the court deems just and proper under the circumstances.

Electronically Filed - St Louis County - June 05, 2026 - 08:00 AM

Respectfully Submitted,

ROBERTS, WOOTEN & ZIMMER, LLC
Attorneys At Law
10438 Business 21
PO Box 888
Hillsboro, MO 63050
(636) 797-2693 / (636) 789-4205 (fax)

By:    /s/ Jonathan W. Doss, #70033
        Charles R. Wooten, #51250
        CharlesWooten@RWZlaw.com
        Jonathan W. Doss, #70033
        JonathanDoss@RWZlaw.com
        Ramie K. Ruble, #78183
        RamieRuble@RWZlaw.com